**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL CHAD MCGILL**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　**No. 3:13CV00176-BSM-BD**

**JOHN COLLIER, et al.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

**ORDER**

Plaintiff Michael Chad McGill, an inmate at the Craighead County Detention Facility, has filed a pro se complaint (docket entry #2) under 42 U.S.C. § 1983. A review of the record shows that Mr. McGill has not paid the statutory filing fee, nor has he submitted a complete application for leave to proceed *in forma pauperis*.

Under the Prison Litigation Reform Act, even if Mr. McGill is allowed to proceed *in forma pauperis,* he still must pay the filing fee. 28 U.S.C. §1915(b)(1). The only question is whether he pays the entire filing fee at the start of the lawsuit or in installments over a period of time.

The Clerk of Court is directed to send Mr. McGill a copy of this order and an *in forma pauperis* application form. Mr. McGill must return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or

pay the $400.00 filing fee within thirty (30) days of the date of this order.[1] Otherwise, the lawsuit will be dismissed.[2]

DATED this 30th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective May 1, 2013, the cost of filing a civil lawsuit in federal court was increased from $350.00 to $400.00. However, if an individual is granted *in forma pauperis* status, the additional $50.00 is waived, and the filing fee remains $350.00.

[2] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and other parties in the case of any change in address; monitor the progress of the case and prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.