## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL CHAD MCGILL**                                      **PLAINTIFF**

v.                  **CASE NO. 3:13CV00176 BSM**

**JOHN COLLIER, et al.**                                        **DEFENDANTS**

## ORDER

The partial recommended disposition filed by Magistrate Judge Beth Deere has been reviewed, and no objections have been filed. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects.

Mr. McGill's claims against the Cross County Sheriff's Department are dismissed with prejudice.

IT IS SO ORDERED this 23rd day of August 2013.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE