IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL CHAD McGILL**                                                                                         **PLAINTIFF**

V.                                       No. 3:13CV00176-BD

**JOHN COLLIER and**
**SHERIFF J.R. SMITH**                                                                                        **DEFENDANTS**

### ORDER

Defendants have moved for the Court to dismiss Mr. McGill's claims based upon his failure to provide the Court with a valid, updated address, in violation of this Court's local rules.  (Docket entry #19)  Correspondence to Mr. McGill has been returned and marked "unable to forward."  (#21-1 at p.1)

Accordingly, Mr. McGill has thirty days to notify the Court whether he seeks to proceed with this lawsuit and to provide the Court a valid, updated address.  His failure to comply with this Order will result in the dismissal of his claims, without prejudice, under Local Rule 5.5.

IT IS SO ORDERED this 24th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE