IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CHAD McGILL                                                                                    PLAINTIFF

V.                                          NO. 3:13CV00176-BD

JOHN COLLIER and
SHERIFF J.R. SMITH                                                                                    DEFENDANTS

### ORDER

Defendants have moved for the Court to dismiss Mr. McGill's claims based upon his failure to provide the Court with a valid, updated address, in violation of this Court's local rules.  (Docket entry #19)  Correspondence to Mr. McGill has been returned and marked "unable to forward."  (#21-1 at p.1)  Mr. McGill was ordered to notify the Court within thirty days whether he sought to proceed with this lawsuit, and to provide the Court a valid, updated address.  He has not asked for additional time or otherwise responded.

Therefore, the Defendants' motion to dismiss (#19) is GRANTED.  Mr. McGill's claims are dismissed, without prejudice, under Local Rule 5.5.

IT IS SO ORDERED, this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE