# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL CHAD McGILL**                                                          **PLAINTIFF**

V.                             No. 3:13CV00176-BD

**JOHN COLLIER and**
**SHERIFF J.R. SMITH**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE